661 A.2d 1296

IN THE MATTER OF JOHN G. TAKACS, AN ATTORNEY AT LAW.

August 15, 1995.

### ORDER

JOHN G. TAKACS of WESTMONT, who was admitted to the bar of this State in 1985, having pled guilty to two counts of mail

474

fraud, in violation of 18 *U.S.C.A.* § 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), JOHN G. TAKACS is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that JOHN G. TAKACS be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that JOHN G. TAKACS comply with *Rule* 1:20–20 dealing with suspended attorneys.